IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Annette Hall,** | : | |
| Plaintiff, | : | Case No.:  2:14-cv-1904 |
| v. | : | Judge Frost |
| **OhioHealth Corporation** | : | Magistrate Judge King |
| **Defendant.** | : | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(A) of the Federal Rules of Civil Procedure, the above captioned lawsuit is hereby dismissed with prejudice.  Each party to bear her/its own costs.

Respectfully submitted,

/s/*William J. O'Malley*
William J. O'Malley  (0056091)
4591 Indianola Avenue
Columbus, Ohio  43214
Telephone:  (614) 262-8360
Facsimile:   (614) 262-5732
omalleywj@aol.com

Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court's electronic filing system, which will send out copies of the filing with all counsel of record.

/s/*William J. O'Malley*
William J. O'Malley (0056091)