UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANNETTE HALL,**

    **Plaintiff,**

    v.                                Case No. 2:14-cv-1904
                                          JUDGE GREGORY L. FROST
**OHIOHEALTH GRANT MEDICAL**        Magistrate Judge Norah McCann King
**CENTER,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of Plaintiff's September 25, 2015 Notice of Dismissal with Prejudice.  (ECF No. 17.)  In this filing, Plaintiff states that she is dismissing the instant case pursuant to Federal Rule of Civil Procedure 41(a).  Construing the filing as a motion under Rule 41(a)(2), the Court **GRANTS** the motion and **DISMISSES** this case **WITH PREJUDICE**.  The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                           /s/ Gregory L. Frost
                                                         GREGORY L. FROST
                                                         UNITED STATES DISTRICT JUDGE